1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LAURA VARTAIN HORN (CABN 258485)
   Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6831
         Fax: (415) 436-7234
7        Email: Laura.VartainHorn@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DANIEL GARCIA MARTINEZ,<br><br>   Defendant. | NO. CR 13-0208 WHA<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 7, 2013 TO MAY 21, 2013 |

On May 7, 2013, the parties in this case appeared before the Court. At that time, the Court set the matter to May 21, 2013. For the reasons stated during the hearing, the parties have agreed to exclude the period of time between May 7, 2013 and May 21, 2013 for any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion of time would allow the reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

1  SO STIPULATED:

                                                    MELINDA HAAG
                                                    United States Attorney

5  DATED: May 8, 2013                               _____/s/_____
                                                    LAURA VARTAIN HORN
                                                    Assistant United States Attorney

10 DATED: May 8, 20123                              _____/s/_____
                                                    BRANDON LEBLANC
                                                    Assistant Federal Public Defender
                                                    Attorney for Daniel Garcia Martinez

2

STIPULATION & [PROPOSED] ORDER EXLUDING TIME
Case No. CR 13-03208 WHA

[PROPOSED] ORDER

For the reasons stated above and at the May 7, 2013, hearing, the Court finds that failing to exclude the time between May 7, 2013 and May 21, 2013 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 7, 2013 and May 21, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 7, 2013 and May 21, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: May 9, 2013.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE